UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------x

ITS LOGISTICS, LLC and ITS NATIONAL,    :
LLC
                                        :
                                                               **Civil Action No.** 15-cv-08414
                                        :

            Plaintiffs,                 :

                                        :

    v.                                  :

                                        :

BARNES & NOBLE BOOKSELLERS, INC.        :
and ARGIX DIRECT, INC.,
                                        :

            Defendants.                 :

-----------------------------------------------------------x

## ORDER DIRECTING THE ENTRY OF DEFAUL JUDGMENT AGAINST DEFENDANT ARGIX DIRECT, INC.

UPON CONSIDERATION OF Defendant Barnes & Noble Booksellers Inc.'s Request

for Default Judgment Against Defendant Argix Direct, Inc., and this Court having previously

entered default against Defendant Argix Direct, Inc. ("Defendant Argix'), judgment is hereby

entered against Defendant Argix, pursuant to Fed. R. Civ. P. 55(b)(2), in the amount of

$110,000, with post-judgment interest accruing thereon in accordance with 28 U.S.C. §1961.

Dated:  November 9th, 2016

By: _____
    MICHAEL A. SHIPP
    UNITED STATES DISTRICT JUDGE